JAMES S. McCUE, Appellant, v. A. W. VON SCHMIDT et al., Respondents.

No. 6693; February 18, 1881.

**Municipal Corporations—"Outside Lands"—Holder of Title.**— A holder of land in San Francisco by virtue of proceedings entered into by him with all due regularity, and acts done in compliance with the outside land ordinance of the city and county of San Francisco, and of deeds duly given him by said city and county after his having made the required proofs, will be maintained in his possession and ownership, under the authority of Dupond v. Barstow, 45 Cal. 446.

APPEAL from Fourth Judicial District, City and County of San Francisco.

Action to have defendants declared to hold the legal title of certain portions of the outside lands of San Francisco as trustees for plaintiff. The defendants appear to have proceeded regularly under the outside land ordinance of the city and county of San Francisco, and after making their proofs acquired their deeds from the city and county to the property in controversy. Plaintiff claimed that the testimony upon which defendants so acquired their deeds was false, and that he, and he alone, was in possession of the premises as required by the ordinance, and that he, and he alone, was entitled to a conveyance. The defendants demurred, and their demurrer being sustained, and plaintiff declining to amend his complaint, there was a judgment for defendants.

George W. Tyler for appellant; Wm. Hayes and George R. B. Hayes for respondents.

By the COURT.—The question involved in the case was passed on by the court in the case of Dupond v. Barstow, 45 Cal. 446, and upon the authority of that case the judgment is affirmed.